**E-FILED**
Thursday, 11 August, 2005  03:55:35 PM
Clerk, U.S. District Court, ILCD

**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**

Case Name:    US vs Peter L. Patton

Case Number: 02-20085-001

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on _____August 11, 2005_____.

(Date)

Received by:

 s/J. Newlin
_____
U.S. Probation Office