E-FILED
Wednesday, 01 February, 2006 03:31:52 PM
Clerk, U.S. District Court, ILCD

Report and Order Terminating Probation/ Supervised Release

# United States District Court

For The

### CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    v.

PETER LEE PATTON

Crim. No.  02-20085-001

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on January 30, 2006. I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*s/* Susan C. Silver

U.S. Probation Officer

SCS:kjb

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 1ST day of February, 2006.

s/ Michael P. McCuskey

Michael P. McCuskey
Chief United States District Judge